IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   vs.                     : CIVIL NO: C-1-01-037
                              : JUDGE BECKWITH

**JUANITA K. TURNER,**
**aka JUANITA K. SMITH,**

      **Defendant,**

**PROGRESSIVE RIBBON**
      **Garnishee.**

### FINAL ACCOUNTING IN GARNISHMENT

    Pursuant to Title 18, U.S.C. § 3205(c)(9)(B), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

    Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

                              Respectfully submitted,

                              GREGORY G. LOCKHART
                              United States Attorney

                              s/Deborah F. Sanders
                              DEBORAH F. SANDERS (0043575)
                              Assistant United States Attorney
                              303 Marconi Blvd, Suite 200
                              Columbus, Ohio 43215
                              (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Final Accounting in Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 28th day of November, 2007 to:

Juanita K. Turner
2213 Winton Ct.
Middletown, OH  45044

Progressive Ribbon
Attn: Jack Little / Payroll
1231 Hicks Blvd.
Fairfield, OH 45014

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney