United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: OHS
Report Date: 11/26/2007

CDCS NBR: 2001A49406/001  Name: Turner, Juanita K.  Collect WA Type  Court Nbr: C-1-01-037  Priority Code

For Report Parameters: 2001A49406, 001, 555678

PAYMENTS

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Scheduled Payment Amount | Bop Deposit Nbr | Scheduled Payment Date | Posting Date | Payment Amount | Current Liability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0016 | PMNT | 12/23/2002 | OT | G | Progressive Ribbon | OHS/3/055 | 032258 | | | | 12/23/2002 | $200.00 | |
| 0017 | PMNT | 03/04/2003 | OT | G | Progressive Ribbon, | OHS/3/099 | 33137 | | | | 03/04/2003 | $250.00 | |
| 0018 | PMNT | 04/11/2003 | OT | G | Progessive Ribbon In | OHS/3/124 | 33615 | | | | 04/11/2003 | $125.00 | |
| 0020 | PMNT | 05/08/2003 | OT | G | Progressive Ribbon | OHS/3/142 | 33944 | | | | 05/08/2003 | $100.00 | |
| 0021 | PMNT | 06/16/2003 | OT | G | Progressive Ribbon | OHS/3/163 | 34435 | | | | 06/16/2003 | $150.00 | |
| 0022 | PMNT | 07/14/2003 | GR | G | Progressive Ribbon | OHS/3/179 | 34761 | | | | 07/14/2003 | $100.00 | |
| 0023 | PMNT | 08/18/2003 | GR | G | Progressive Ribbon I | OHS/3/201 | 35255 | | | | 08/18/2003 | $125.00 | |
| 0024 | PMNT | 09/22/2003 | GR | G | Progressive Ribbon | OHS/3/219 | 035588 | | | | 09/22/2003 | $125.00 | |
| 0025 | PMNT | 10/27/2003 | GR | G | Progerssive Ribbon I | OHS/04/017 | 35895 | | | | 10/27/2003 | $125.00 | |
| 0028 | PMNT | 11/24/2003 | GR | G | Progressive Ribbon | OHS/04/036 | 036148 | | | | 11/24/2003 | $100.00 | |
| 0030 | PMNT | 12/22/2003 | GR | G | Porgressive Ribbon, | OHS/04/054 | 36404 | | | | 12/22/2003 | $100.00 | |
| 0031 | PMNT | 01/26/2004 | GR | G | Progressive Ribbon | OHS/04/073 | 036682 | | | | 01/26/2004 | $125.00 | |
| 0032 | PMNT | 03/02/2004 | GR | G | Progressive Ribbon I | OHS | 36959 | | | | 03/02/2004 | $125.00 | |

Page 1 of 4

GOVERNMENT EXHIBIT



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: OHS

Report Date: 11/26/2007

For Report Parameters: 2001A49406 , 001 , 555678

| CDCS NBR | Name | Collect WA | Court Nbr | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|---|
| 2001A49406/001 | Turner, Juanita K. | | C-1-01-037 | | | $0.00 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Scheduled Payment Date | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0033 | PMNT | 03/29/2004 | GR | G | Progressive Ribbon, | OHS/04/097 | 37203 | | | 03/29/2004 | $100.00 |
| 0035 | PMNT | 05/04/2004 | GR | G | Progressive Ribbon, | OHS/04/114 | 38239 | | | 05/04/2004 | $125.00 |
| 0036 | PMNT | 06/15/2004 | GR | G | Progressive Ribbon I | OHS/04/138 | 38551 | | | 06/15/2004 | $150.00 |
| 0037 | PMNT | 08/02/2004 | GR | G | Progressive Ribbon | OHS/04/169 | 38921 | | | 08/02/2004 | $175.00 |
| 0039 | PMNT | 01/12/2005 | GR | G | Progressive Ribbon | OHS/04/205 | 39891 | | | 01/12/2005 | $500.00 |
| 0043 | PMNT | 08/15/2005 | GR | G | Progressive Ribbon | OHS/05/064 | 41539 | | | 08/15/2005 | $25.00 |
| 0044 | PMNT | 08/29/2005 | GR | G | Progressive Ribbon | OHS/05/203 | 41628 | | | 08/29/2005 | $25.00 |
| 0045 | PMNT | 09/06/2005 | GR | G | Progressive Ribbon | OHS/05/213 | 41677 | | | 09/06/2005 | $25.00 |
| 0046 | PMNT | 09/13/2005 | GR | G | Progressive Ribbon | OHS/05/218 | 41723 | | | 09/13/2005 | $25.00 |
| 0047 | PMNT | 09/20/2005 | GR | G | Progressive Ribbon | OHS/05/223 | 41757 | | | 09/20/2005 | $25.00 |
| 0048 | PMNT | 10/03/2005 | GR | G | Progressive Ribbon | OHS/05/228 | 41825 | | | 10/03/2005 | $25.00 |
| 0049 | PMNT | 10/11/2005 | GR | G | Progressive Ribbon | OHS/06/001 | 41861 | | | 10/11/2005 | $25.00 |
| 0051 | PMNT | 03/15/2006 | GR | G | Progressive Ribbon | OHS/06/007 | 42578 | | | 03/15/2006 | $450.00 |
| 0053 | PMNT | 08/03/2006 | GR | G | Progressive Ribbon | OHS/06/103 | 44865 | | | 08/03/2006 | $450.00 |
| 0055 | PMNT | 01/11/2007 | GR | G | Progressive Ribbon | OHS/06/180 | 45703 | | | 01/11/2007 | $100.00 |
| 0059 | PMNT | 02/12/2007 | GR | G | Progressive Ribbon | OHS/07/058 | 045894 | | | 02/12/2007 | $100.00 |



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: OHS

Report Date: 11/26/2007

For Report Parameters: 2001A49406 ,001 , 555678

CDCS NBR: 2001A49406/001   Name: Turner, Juanita K.   Collect Type: WA   Court Nbr: C-1-01-037   Priority Code:

Page 3 of 4

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Scheduled Payment Amount | Scheduled Payment Date | Bop Deposit Nbr | Posting Date | Current Liability | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | $0.00 |
| 0060 | PMNT | 03/27/2007 | GR | G | Progressive Ribbon | OHS/07/077 | 46082 | | | | 03/27/2007 | | $150.00 |
| 0062 | PMNT | 05/03/2007 | GR | G | Progressive Ribbon | OHS/07/099 | 46265 | | | | 05/03/2007 | | $100.00 |
| 0063 | PMNT | 06/28/2007 | GR | G | Progressive Ribbon | OHS/07/121 | 46527 | | | | 06/28/2007 | | $200.00 |
| 000066 | PMNT | 08/30/2007 | GR | G | Progressive Ribbon | OHS/07/150 | 46761 | | | OHS2007008 | 09/05/2007 | | $200.00 |
| 000070 | PMNT | 11/13/2007 | GR | G | Progressive Ribbon | | 048172 | | | OHS2008022 | 11/20/2007 | | $174.66 |
| Total | | | | | | | | | | | | | $5,259.66 |