IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                              : CIVIL NO: C-1-01-037
                                    : JUDGE BECKWITH

**JUANITA K. TURNER,**
**aka JUANITA K. SMITH,**

      **Defendant**

**PROGRESSIVE RIBBON**

      **Garnishee.**

## SATISFACTION OF JUDGMENT AND
## TERMINATION OF GARNISHMENT

The judgment in the above-entitled case having been paid and/or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

Pursuant to 28 U.S.C. §3205(c)(10), the Writ of Continuing Garnishment and Garnishee Order is hereby terminated.

                                                            Respectfully submitted,

                                                            GREGORY G. LOCKHART
                                                             United States Attorney

                                                              s/Deborah F. Sanders
                                                              DEBORAH F. SANDERS (0043575)
                                                              Assistant United States Attorney
                                                              303 Marconi Blvd, Suite 200
                                                              Columbus, Ohio 43215
                                                              (614) 469-5715

**CERTIFICATE OF SERVICE**

      A true copy of the above and foregoing Satisfaction of Judgment and Termination of Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed by first class mail, postage prepaid, this 28th day of November, 2007 to:

Juanita K. Turner
2213 Winton Ct.
Middletown, OH 45044

Progressive Ribbon
Attn: Jack Little / Payroll
1231 Hicks Blvd.
Fairfield, OH 45014

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney